# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

**Scott Lee Eagle**

)
)
)
)       Case No.
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    **July 23, 2019**                                    **/s/ Scott Lee Eagle**
                                                               Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

Scott Lee Eagle

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

Capital One
15000 Capital One Dr
Richmond, VA 23238

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Po Box 15369
Wilmington, DE 19850

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Po Box 6241
Sioux Falls, SD 57117

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117

Citibank/The Home Depot
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Comenitybank/trwrdsv
Po Box 182789
Columbus, OH 43218

Comenitybank/trwrdsv
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218

```
Honda Financial Services
P.O. Box 166469
Irving, TX 75016

Marcus by Goldman Sachs
Po Box 45400
Salt Lake City, UT 84145

Marcus by Goldman Sachs
Attn: Bankruptcy
Po Box 45400
Salt Lake City, UT 84145

Mercury/FBT
2220 6th St
Brookings, SD 57006

Mercury/FBT
Attn: Bankruptcy
Po Box 84064
Columbus, GA 31908

Prosper Funding LLC
221 Main St Ste 300
San Francisco, CA 94105

Prosper Funding LLC
221 Main Street
Suite 300
San Francisco, CA 94105

Provident Credit Union
303 Twin Dolphin Dr.
Redwood City, CA 94065-0907

Sofi Lending Corp
One Letterman Drive
San Francisco, CA 94129

Sofi Lending Corp
Attn: Bankruptcy
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

Synchrony Bank/Amazon
Po Box 965015
Orlando, FL 32896

Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896

US Bank/RMS CC
4325 17th Ave S
Fargo, ND 58125
```

```
US Bank/RMS CC
Attn: Bankruptcy
Po Box 6351
Fargo, ND 58125
```