## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re:

    SCOTT LEE EAGLE

Debtor(s)

Case No. 19-24628 B13

**JAN P. JOHNSON'S CHAPTER 13 STANDING TRUSTEE'S REPORT AND ACCOUNT**

Jan P. Johnson, retiring Chapter 13 Trustee, submits the following Report and Account representing data as to the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1) prior to his retirement. Trustee Johnson declares as follows:

1) The case was filed on 07/23/2019.

2) The plan was confirmed on 09/21/2019.

3) The plan may be modified after confirmation if the Court so orders.

4) The trustee may file an action to remedy default if any occur in the plan.

5) The case remains active and open.

6) Number of months from present to projected date of last payment: 36

7) Number of months case has been pending: 2.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $154,575.00.

10) Amount of unsecured claims discharged without payment: NONE TO DATE.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,166.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,166.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $600.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $173.28 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $773.28

Attorney fees paid and disclosed by debtor: $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMEX | OTHER | NA | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 5,373.00 | 5,682.08 | 5,682.08 | 0.00 | 0.00 |
| CAPITAL ONE | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | Unsecured | 6,287.00 | 6,656.62 | 6,656.62 | 0.00 | 0.00 |
| CHASE BANK USA, N.A. C/O JP MORG | Unsecured | 7,967.00 | 8,484.83 | 8,484.83 | 0.00 | 0.00 |
| CHASE BANK USA, N.A. C/O JP MORG | Unsecured | 2,566.00 | 2,753.10 | 2,753.10 | 0.00 | 0.00 |
| CHASE CARD SERVICES | OTHER | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 5,984.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 1,785.00 | 1,735.00 | 1,735.00 | 0.00 | 0.00 |
| CITIBANK THE HOME DEPOT | OTHER | NA | NA | NA | 0.00 | 0.00 |
| COMENITYBANK TRWRDSV | OTHER | NA | NA | NA | 0.00 | 0.00 |
| HONDA FINANCIAL SERVICES | Secured | 28,555.00 | NA | NA | 0.00 | 0.00 |
| MARCUS BY GOLDMAN SACHS | OTHER | NA | NA | NA | 0.00 | 0.00 |
| MARCUS BY GOLDMAN SACHS | Unsecured | 14,576.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FBT | Unsecured | 7,253.00 | NA | NA | 0.00 | 0.00 |
| MERCURY FBT | OTHER | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,967.00 | 3,005.17 | 3,005.17 | 0.00 | 0.00 |
| PROSPER FUNDING LLC | OTHER | NA | NA | NA | 0.00 | 0.00 |
| PROSPER FUNDING LLC | Unsecured | 11,783.00 | NA | NA | 0.00 | 0.00 |
| PROVIDENT CREDIT UNION | Secured | 133,687.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 9,971.00 | 10,391.62 | 10,391.62 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 5,384.00 | 5,521.05 | 5,521.05 | 0.00 | 0.00 |
| SOFI LENDING CORP | Unsecured | 28,976.00 | 29,448.12 | 29,448.12 | 0.00 | 0.00 |
| SOFI LENDING CORP | OTHER | NA | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK AMAZON | OTHER | NA | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 3,557.00 | 3,398.29 | 3,398.29 | 0.00 | 0.00 |
| US BANK RMS CC | OTHER | NA | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$77,075.88** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $773.28 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$773.28** |
| **AMOUNT TO BE TRANSFERRED TO NEW TRUSTEE:** | **$1,392.72** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/28/2019

By: /s/ JAN P. JOHNSON
        Trustee